IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE BAKER, individually and on behalf of all others similarly situated | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| CRODA INC. f/k/a CRODA, INC., | ) ) |
| Defendant. | ) |

Case No. 20-cv-01108-MN

## **DEFENDANT'S RENEWED MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Croda Inc. f/k/a Croda, Inc. ("Defendant") moves to dismiss Plaintiff Catherine Baker's Class Action Complaint. The grounds for this motion are set forth more fully in the accompanying opening brief.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Kenneth J. Nachbar*

OF COUNSEL:

Stephen Swedlow
Athena Dalton
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400
stephenswedlow@quinnemanuel.com
athenadalton@quinnemanuel.com

Kenneth J. Nachbar (#2067)
Miranda N. Gilbert (#6662)
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
knachbar@morrisnichols.com
mgilbert@morrisnichols.com
   *Attorneys for Defendant*

August 27, 2021