IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CATHERINE BAKER, individually and on
behalf of all others similarly situated

        *Plaintiff,*

    v.                              No. 1:20-cv-01108-SB

CRODA INC.

        *Defendant.*

**ORDER**

November 23, 2021

1. The motion to dismiss [D.I. 31] is **GRANTED**. The complaint [D.I. 1] is **DISMISSED WITHOUT PREJUDICE**.

2. If the plaintiff wishes to file an amended complaint, she must do so within thirty days of this order.

Dated: November 23, 2021

                                                                  UNITED STATES CIRCUIT JUDGE