# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE BAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CRODA INC. f/k/a CRODA, INC.,<br><br>Defendant. | Civil Action No. 1:20-cv-01108-SB |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff Catherine Baker, individually and on behalf of all others similarly situated, hereby appeals to the United States Court of Appeals for the Third Circuit from the Memorandum Opinion (ECF No. 46) and Order (ECF No. 47) dismissing the complaint entered on November 23, 2021.

Dated: December 22, 2021

Respectfully submitted,

/s/ Kelly L. Tucker
Kelly L. Tucker (#6382)
GRANT & EISENHOFER P.A.
123 Justison Street
Wilmington, Delaware 19801
ktucker@gelaw.com
P: (302) 622-7000
F: (302) 622-7100

T. Michael Morgan*
MORGAN & MORGAN, P.A.
20 N Orange Ave., Suite 1600
Orlando, FL 32801
mmorgan@ForThePeople.com
P: (407) 418-2031
F: (407) 245-3384

Kevin S. Hannon*
MORGAN & MORGAN, COMPLEX
LITIGATION GROUP
1641 N. Downing Street,
Denver, Colorado 80218
khannon@ForThePeople.com
P: (303) 264-1769
F: (303) 264-1795

Marcio W. Valladares*
MORGAN & MORGAN, COMPLEX
LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
mram@ForThePeople.com
mvalladares@ForThePeople.com
P: (813) 223-5505
F: (813) 223-5402

Rene F. Rocha*
MORGAN & MORGAN, COMPLEX
LITIGATION GROUP
3530 Magazine St.
New Orleans, LA 70115
rrocha@ForThePeople.com
P:  (954) 318-0268
F:  (954) 327-3018

Frank M. Petosa*
MORGAN & MORGAN, COMPLEX
LITIGATION GROUP
8151 Peters Road
Suite 4000
Plantation, FL 33324
fpetosa@ForThePeople.com
P:  (954) 318-0268
F:  (954) 327-3018

*Pro Hac Vice
Attorneys for the Plaintiff and
the Putative Class