IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CATHERINE BAKER, individually and on behalf of all others similarly situated,

        *Plaintiff,*

v.

CRODA INC. f/k/a CRODA, INC.,

        *Defendant.*

No. 1:20-cv-01108-SB

## NOTICE OF INTENT TO STAND ON THE COMPLAINT

Plaintiff, Catherine Baker, having reviewed this Court's November 23, 2021 Order [Docket No. 47] dismissing Plaintiff's Complaint [Docket No. 1] without prejudice and affording Plaintiff 30 days to file an amended complaint, hereby elects to stand on the Complaint.

Accordingly, Plaintiff requests that the Court enter a Final Order of dismissal with prejudice.

    Respectfully submitted,

    */s/ Kelly L. Tucker*
    Kelly L. Tucker (#6382)
    GRANT & EISENHOFER P.A.
    123 Justison Street
    Wilmington, Delaware 19801
    ktucker@gelaw.com
    P: (302) 622-7000
    F: (302) 622-7100

    T. Michael Morgan*
    MORGAN & MORGAN, P.A.
    20 N Orange Ave., Suite 1600
    Orlando, FL 32801
    mmorgan@ForThePeople.com
    P: (407) 418-2031
    F: (407) 245-3384

<div style="margin-left: 50%;">

Kevin S. Hannon*
MORGAN & MORGAN, COMPLEX
LITIGATION GROUP
1641 N. Downing Street,
Denver, Colorado 80218
khannon@ForThePeople.com
P: (303) 264-1769
F: (303) 264-1795

Marcio W. Valladares*
MORGAN & MORGAN, COMPLEX
LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
mram@ForThePeople.com
mvalladares@ForThePeople.com
P: (813) 223-5505
F: (813) 223-5402

Rene F. Rocha*
MORGAN & MORGAN, COMPLEX
LITIGATION GROUP
3530 Magazine St.
New Orleans, LA 70115
rrocha@ForThePeople.com
P: (954) 318-0268
F: (954) 327-3018

Frank M. Petosa*
MORGAN & MORGAN, COMPLEX
LITIGATION GROUP
8151 Peters Road
Suite 4000
Plantation, FL 33324
fpetosa@ForThePeople.com
P: (954) 318-0268
F: (954) 327-3018

*Pro Hac Vice
*Attorneys for the Plaintiff and*
*the Putative Class*

</div>

Date:  February 17, 2022

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CATHERINE BAKER, individually and on behalf of all others similarly situated,

    P

v.

CRODA INC. f/k/a CRODA, INC.,

    D d

No. 1:20-cv-01108-SB

## FINAL ORDER

1. WHEREAS, on November 23, 2021, the Court **GRANTED** Defendant's motion to dismiss [Docket No. 47];

2. WHEREAS, the Court's dismissal was without prejudice and afforded Plaintiff 30 days to amend the complaint;

3. WHEREAS, the 30-day period for amendment has lapsed, and Plaintiff has noticed her intention to stand on the complaint [Docket No. 1];

It is hereby **ORDERED** this 18th day of February 2022 that, for the reasons set forth in the Court's November 23, 2021 Memorandum Opinion [Docket No. 46], the Complaint is **DISMISSED WITH PREJUDICE**.

                _____